Wayne Transportation Company, Libelant-Appellee, v. Steam Tug P. R. R. No. 32, Her Engines, etc., Pennsylvania Railroad Company, Claimant Appellee; Steam Tug MARGARET L. MESECK, Her Engines, etc., Meseck Towing & Transportation Company, Claimant Appellant.

Circuit Court of Appeals, Second Circuit. December 19, 1927.

No. 66.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for claimant appellant.

Thomas F. Twyford, of New York City, for libelant appellee.

Burlingham, Veeder, Masten & Fearey, of New York City (Eugene Underwood, Jr., of New York City, of counsel), for claimant appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (23 F.[2d] 880) affirmed, with costs.